**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)*: _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | Gustavo<br>First name<br><br>Middle name<br><br>Bautista Ortiz<br>Last name and Suffix (Sr., Jr., II, III) | Amparo<br>First name<br><br>Middle name<br><br>Hernandez Castro<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | Gustavo Bautista | Amparo Hernandez |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7703 | xxx-xx-4371 |

Debtor 1  **Gustavo Bautista Ortiz**
Debtor 2  **Amparo Hernandez Castro**                                                                  Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br>**DBA KB Oil Automobile Wholesale**<br>Business name(s)<br><br>EINs |
| **5. Where you live** | **201 Lime St.**<br>**La Habra, CA 90631**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **Gustavo Bautista Ortiz**
Debtor 2  **Amparo Hernandez Castro**                                            Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |

**11. Do you rent your residence?**

■ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Gustavo Bautista Ortiz**
Debtor 2   **Amparo Hernandez Castro**                                                   Case number *(if known)*

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☐ No.    Go to Part 4.

■ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

**Amparo Hernandez Castro**
Name of business, if any

**Dba KB Oil Automobile Wholesale**
**515 W. Valencia Dr. Unit E**
**Fullerton, CA 92832**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
■ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.
☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 4

| Debtor 1 | **Gustavo Bautista Ortiz** | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | **Amparo Hernandez Castro** | | | |

**Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling**

15. **Tell the court whether you have received a briefing about credit counseling.**

    The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

    If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

- ☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

    Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

    Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

    To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

    Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
    If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

    Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

    - ☐ **Incapacity.**
        I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    - ☐ **Disability.**
        My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    - ☐ **Active duty.**
        I am currently on active military duty in a military combat zone.

    If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

- ☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

    Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

    Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

    To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

    Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

    If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

    Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

    - ☐ **Incapacity.**
        I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    - ☐ **Disability.**
        My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    - ☐ **Active duty.**
        I am currently on active military duty in a military combat zone.

    If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Gustavo Bautista Ortiz**
Debtor 2  **Amparo Hernandez Castro**                              Case number *(if known)*

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

- 16a. Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
  - ■ No. Go to line 16b.
  - ☐ Yes. Go to line 17.
- 16b. Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
  - ☐ No. Go to line 16c.
  - ■ Yes. Go to line 17.
- 16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**
- ■ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many Creditors do you estimate that you owe?**
- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Gustavo Bautista Ortiz                          /s/ Amparo Hernandez Castro
Gustavo Bautista Ortiz                              Amparo Hernandez Castro
Signature of Debtor 1                               Signature of Debtor 2

Executed on  **May 6, 2019**                        Executed on  **May 6, 2019**
MM / DD / YYYY                                      MM / DD / YYYY

Debtor 1  **Gustavo Bautista Ortiz**
Debtor 2  **Amparo Hernandez Castro**                                             Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Giovanni Orantes                                    Date  **May 7, 2019**
Signature of Attorney for Debtor                              MM / DD / YYYY

**Giovanni Orantes 190060**
Printed name

**The Orantes Law Firm, A.P.C**
Firm name

**3435 Wilshire Blvd., Suite 2920**
**Los Angeles, CA 90010**
Number, Street, City, State & ZIP Code

Contact phone  **(888) 619-8222**          Email address  **go@gobklaw.com**

**190060 CA**
Bar number & State

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Giovanni Orantes 190060<br>3435 Wilshire Blvd., Suite 2920<br>Los Angeles, CA 90010<br>(888) 619-8222 Fax: (877) 789-5776<br>California State Bar Number: 190060 CA<br>go@gobklaw.com | |

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

**Gustavo Bautista Ortiz**
**Amparo Hernandez Castro**

CASE NO.:
CHAPTER: 13

Debtor(s).

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __12__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **May 6, 2019**    /s/ Gustavo Bautista Ortiz
                          Signature of Debtor 1

Date: **May 6, 2019**    /s/ Amparo Hernandez Castro
                          Signature of Debtor 2 (joint debtor) (if applicable)

Date: **May 6, 2019**    /s/ Giovanni Orantes
                          Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    F 1007-1.MAILING.LIST.VERIFICATION

Gustavo Bautista Ortiz
201 Lime St.
La Habra, CA 90631


Amparo Hernandez Castro
201 Lime St.
La Habra, CA 90631


Giovanni Orantes
The Orantes Law Firm, A.P.C
3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010


American Express
Attn: President or Corp. Officer
Po Box 0001
Los Angeles, CA 90096-8000


American Express
Attn: President or Corp. Officer
4315 South 2700 West
Mail Code: 02-01-47
Salt Lake City, UT 84184


American Express
C/o Michael & Associates
555 St. Charles Dr., Suite 204
Thousand Oaks, CA 91360


American First Credit
Attn: President or Corp. Officer
6 Pointe Dr., Ste. 400am F
Brea, CA 92821


American First Credit
Attn: President or Corp. Officer
6 Pointe D R Ste 400am F
Brea, CA 92821

```
Barclays Bank Delaware
Attn: President or Corp. Officer
Po Box 8801
Wilmington, DE 19899


Barclays Bank Delaware
Attn: President or Corp. Officer
Po Box 8803
Wilmington, DE 19899


California Department of Tax & Fee
Administration/Special Ops, MIC:55
Po Box 942879
Sacramento, CA 94279-0055


Capital One Bank
Attn: President or Corp. Officer
Po Box 30285
Salt Lake City, UT 84130


Capital One Bank
Attn: President or Corp. Officer
Po Box 30281
Salt Lake City, UT 84130


Celtic Bank
C/o On Deck Capital
Attn: President or Corp. Officer
901 n. Stuart St., Suite 700
Arlington, VA 22203


Celtic Bank
C/o On Deck Capital
Attn: President or Corp. Officer
268 South State Street, Suite 300
Salt Lake City, UT 84111


Celtic Bank
C/o On Deck Capital
Attn: President or Corp. Officer
1400 BROADWAY, 25TH FLOOR
New York, NY 10018
```

Chase Card Services
Attn: President or Corp. Officer
Po Box 15298
Wilmington, DE 19850

Chase Card Services
Attn: President or Corp. Officer
Po Box 6294
Carol Stream, IL 60197-6294

Chase Card Services
Attn: President or Corp. Officer
Po Box 15369
Wilmington, DE 19850

Chase Card Services
Attn: President or Corp. Officer
Po Box 15123
Wilmington, DE 19850-5123

Citi Cards/Costco
Attn: President or Corp. Officer
Po Box 78019
Phoenix, AZ 85062-8019

Citi Priority Services
Attn: President or Corp. Officer
Po Box 769007
San Antonio, TX 78245

Citibank
Attn: President or Corp. Officer
Po Box 6217
Sioux Falls, SD 57117

Citibank, N.A.
Attn: President or Corp. Officer
Po Box 790034
St. Louis, MO 63179

Citibank, N.A.
Attn: President or Corp. Officer
Po Box 790034
St Louis, MO 63179

Citibank, N.A.
Attn: President or Corp. Officer
Po Box 769018
San Antonio, TX 78245

Citibank, N.A.
Attn: President or Corp. Officer
100 Citibank Dr., Building 1
Floor 1
San Antonio, TX 78245-9966

Citibank, N.A.
Attn: President or Corp. Officer
Po Box 6181
Sioux Falls, SD 57117

Citibank, N.A.
Attn: President or Corp. Officer
Po Box 70271
Philadelphia, PA 19176-0271

Citibank, North America
Attn: President or Corp. Officer
Po Box 790034
St Louis, MO 63179

Citibank, North America
Attn: President or Corp. Officer
Po Box 6497
Sioux Falls, SD 57117

Citibank/The Home Depot
Attn: President or Corp. Officer
Po Box 790034
St Louis, MO 63179

```
Citibank/The Home Depot
Attn: President or Corp. Officer
Po Box 6497
Sioux Falls, SD 57117


Colorado River Adventures
Attn: President or Corp. Officer
Po Box 1088
Parker, AZ 85344


Colorado River Adventures
Attn: President or Corp. Officer
2715 PARKER DAM RD.
Earp, CA 92242


Comenity Bank/Victoria Secret
Attn: President or Corp. Officer
Po Box 182125
Columbus, OH 43218


Costco Anywhere Visa Card
Attn: President or Corp. Officer
Po Box 6500
Sioux Falls, SD 57117


Costco Anywhere Visa Card
Attn: President or Corp. Officer
Po Box 6190
Sioux Falls, SD 57117


County of Orange
Attn: Treasurer Tax Collector
Po Box 1438
Santa Ana, CA 92702-1438


Daniels Home Center
Attn: President or Corp. Officer
255 South Euclid Street
Anaheim, CA 92802
```

```
Deptartment Store National Bank
Macy's
Attn: President or Corp. Officer
9111 Duke Boulevard
Mason, OH 45040


Discover Financial
Attn: President or Corp. Officer
Po Box 15316
Wilmington, DE 19850


Employment Development Department
Bankruptcy Group MIC 92E
Po Box 826880
Sacramento, CA 94280-0001


Equifax
Po Box 740241
Atlanta, GA 30374


Everest Business Funding
Attn: President or Corp. Officer
West 37 St.., Suite 1100
New York, NY 10018


Experian
475 Anton Blvd.
Costa Mesa, CA 92626


First Home Bank
Attn: President or Corp. Officer
700 Central Ave.
Mail Code 204
Saint Petersburg, FL 33701


Five Star
Attn: Moutaz Manlouk
4564 Peck Rd. Unit 3
El Monte, CA 91732
```

```
Franchise Tax Board
Bankruptcy Section, MS: A-340
Po Box 2952
Sacramento, CA 95812-2952


Funding Circle USA, Inc.
Attn: President or Corp. Officer
Po Box 398383
San Francisco, CA 94139-8383


Funding Circle USA, Inc.
Attn: President or Corp. Officer
Po Box 1719
Portland, OR 97207


Funding Circle USA, Inc.
Attn: President or Corp. Officer
747 FRONT STREET, 4TH FLOOR
San Francisco, CA 94111


Home Depot Credit Services
Attn: President or Corp. Officer
Po Box 790340
Saint Louis, MO 63179-0340


Home Point Financial Corporation
Attn: President or Corp. Officer
11511 Luna Road., Suite 200
Farmers Branch, TX 75234


Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346


JPMorgan Chase Bank, N.A.
Attn: President or Corp. Officer
Po Box 182051
Columbus, OH 43218-2051
```

```
JPMorgan Chase Bank, N.A.
Attn: President or Corp. Officer
1111 Polaris Parkway
Columbus, OH 43240


Kohls/Capital One Bank
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Kohls/Capital One Bank
Attn: President or Corp. Officer
Po Box 30285
Salt Lake City, UT 84130


Kohls/Capital One Bank
Attn: President or Corp. Officer
Po Box 3043
Milwaukee, WI 53201-3043


LendingClub
Attn: President or Corp. Officer
71 Stevenson St., Ste. 1000
San Francisco, CA 94105


LendingClub
Attn: President or Corp. Officer
71 Stevenson St, Ste 1000
San Francisco, CA 94105


LendingClub
Attn: President or Corp. Officer
71 Stevenson St., Ste. 300
San Francisco, CA 94105


Logix Federal Credit Union
Attn: President or Corp. Officer
Po Box 10249
Burbank, CA 91510
```

Marcus by Goldman Sachs
Goldman Sachs Bank USA
Attn: President or Corp. Officer
Po Box 45400
Salt Lake City, UT 84145


Marcus by Goldman Sachs
Goldman Sachs Bank USA
Attn: President or Corp. Officer
200 West Street
New York, NY 10282


Mountain Lakes
Attn: President or Corp. Officer
3546 N. Riverside Ave.
Rialto, CA 92377


Mountain Lakes, Inc.
Attn: President or Corp. Officer
2800 BECHELLI LANE
Redding, CA 96002


OneMain Financial
Attn: President or Corp. Officer
601 Nw 2nd Street
Evansville, IN 47708


Oportun
Attn: President or Corp. Officer
Po Box 4085
Menlo Park, CA 94026


Oportun
Attn: President or Corp. Officer
1600 Seaport Blvd.
Redwood City, CA 94063


Orange County Tax Collector
12 Civic Center Plz. #G58
Anaheim, CA 92807-4087

Quicksilver Capital, LLC
a New York LLC
Attn: President or Corp. Officer
4208 18th Ave.
Brooklyn, NY 11218


State Farm Financial
Attn: President or Corp. Officer
1 State Farm Plaza
Bloomington, IL 61710


Synchrony Bank/Care Credit
Attn: President or Corp. Officer
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Gap
Attn: President or Corp. Officer
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Home Design
Attn: President or Corp. Officer
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Home Design
Attn: President or Corp. Officer
Po Box 965036
Orlando, FL 32896


Synchrony Bank/Howards
Attn: President or Corp. Officer
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Sams
Attn: President or Corp. Officer
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams Club
Attn: President or Corp. Officer
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams Club
Attn: President or Corp. Officer
Po Box 965005
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: President or Corp. Officer
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: President or Corp. Officer
Po Box 965024
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: President or Corp. Officer
Po Box 960024
Orlando, FL 32896-0024

TransUnion
Po Box 1000
Chester, PA 19022

U.S. Small Business Administration
Attn: So Cal Legal Unit
330 North Brand Boulevard, Suite 12
Glendale, CA 91203-2304

United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

```
United States Department of Justice
Ben Franklin Station
Po Box 683
Washington, DC 20044


US Bank
Attn: President or Corp. Officer
Po Box 1800
Saint Paul, MN 55101-0800


US Bank/RMS CC
Attn: President or Corp. Officer
Po Box 5229
Cincinnati, OH 45201


Wells Fargo Bank
Attn: President or Corp. Officer
Po Box 10438
Des Moines, IA 50306


Wells Fargo Bank
Attn: President or Corp. Officer
Po Box 51193
Los Angeles, CA 90051-5493


West Coast Business Capital, LLC
Attn: President or Corp. Officer
116 Nassau St., Suite 804
New York, NY 10038


West Coast Business Capital, LLC
Attn: President or Corp. Officer
116 NASSAU STREET, 8TH FLOOR
New York, NY 10038
```