| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Giovanni Orantes, Esq. 190060<br>Luis A. Solorzano, Esq. 310278<br>**THE ORANTES LAW FIRM, P.C.**<br>3435 Wilshire Blvd., Suite 2920<br>Los Angeles, CA 90010<br>Telephone: (213) 389-4362<br>Facsimile: (877) 789-5776<br>go@gobklaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Debtors | **FILED & ENTERED**<br><br>AUG 12 2019<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY duarte    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>GUSTAVO BAUTISTA ORTIZ<br>AMPARO HERNANDEZ CASTRO<br><br><br>Debtor(s) | CASE NO.: 8:19-bk-11771-ES<br>CHAPTER: 13<br><br>**ORDER RE: NOTICE OF MOTION AND MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL**<br>**[11 U.S.C. § 506(a), FRBP 3012]**<br><br>☐ No Hearing<br>☒ Hearing Information<br>DATE: August 8, 2019<br>TIME: 10:30 A.M.<br>COURTROOM: 5A<br>PLACE: 411 W Fourth St., Santa Ana, CA 92701 |
|---|---|

**Affected Collateral:** First Home Bank

The court has considered the NOTICE OF MOTION AND MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL [11 U.S.C. § 506(a), FRBP 3012], docket number <u>27</u> (Motion).

1. The Motion was: ☐ Opposed   ☒ Unopposed   ☐ Settled by stipulation

2. Appearances are stated on the record (if a hearing was held).

3. Based upon the Motion and evidence offered in support thereof, and upon the findings and conclusions made at the hearing (if a hearing was held), IT IS ORDERED THAT:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2013    Page 1    F 3012-1.ORDER.VALUATION

a. ☐ The Motion is denied.

b. ☒ The Motion is granted and IT IS FURTHER ORDERED THAT:

(1) As of *(applicable date)* May 7, 2019, the value of the Collateral is $ 9,261.00.

(2) The liens encumbering the Collateral are determined to be secured and unsecured as follows:

| Names of Lien Holders in Order of Priority | Secured Portion of the Claim | Unsecured Portion of the Claim |
|---|---|---|
| **1st Lien:** First Home Bank | $ 9,261.00 | $ 78,049.53 |
| **2nd Lien:** | $ | $ |
| **3rd Lien:** | $ | $ |

###

Date: August 12, 2019

*(signature)*

Erithe Smith
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2013*    Page 2    F 3012-1.ORDER.VALUATION

## VALUE OF THE ASSETS

| *Asset(s)* | *Value* |
|---|---|
| BROTHER PRINTER MFC MFCL-2700DW | $ 120.00 |
| MACos SIERRA C17GLMRCDHJF | $ 139.00 |
| Desk, Chair | $ 80.00 |
| Racks | $ 400.00 |
| Inventory | $ 8,472.00 |
| File cabinets | $ 50.00 |
|  |  |
| **Total Estimated Value** | **$9,261.00** |